IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-TPO

LACIE NELSON,

    Plaintiff,

v.

MOSES STANCIL, Executive Director of the
Colorado Department of Corrections, in his official capacity;

RYAN LONG, Warden of the Denver Women's Correctional Facility,
in his official capacity; and

AMANDA RETTING, Sex Offender Treatment & Monitoring
Program Administrator and Colorado Department of Corrections
Representative on the Sex Offender Management Board,
in her official capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 4, 2025.**

    Before this Court is the Motion [ECF 11] by Plaintiff for leave for student attorneys to appear on her behalf.

    The Law Student Appearance Form requires the "Signature of District Judge or Magistrate Judge Exercising Consent Jurisdiction Pursuant to D.C.COLO.LCivR 40.1(c) and 72.2". Because I am proceeding on the basis of direct assignment and not consent jurisdiction, I am unable to rule on the Motion.

    In light of the Motion's filing, the deadline for the Parties to complete and file the Magistrate Judge Consent Form [ECF 5] is changed to the <u>earlier</u> date of **April 18, 2025.**