| SEX OFFENDER MANAGEMENT BOARD (SOMB) MINUTES |
|:---:|

## Friday, January 17, 2025

## THIS MEETING WAS HELD IN PERSON AND VIA AUDIO/VIDEO CONFERENCING

**SOMB MEMBERS**

Allie Miller
Amanda Retting
Andrew Luxen
Carl Blake
Casey Ballinger
David Bourgeois
Gregg Kildow
Hannah Pilla
Jason Lamprecht
Jeff Baker
Jessica Dotter
Katie Abeyta
Katie Ruske
Kimberly Kline
Lisa Mayer
Michelle Simmons
Mike Knotek
Nicole Feltz
Norma Aguilar-Dave
Priscilla Loew
Sarah Croog
Taber Powers
Theresa Weiss

**SOMB GUESTS**

| | |
|---|---|
| Allison Talley | Jessica Peters |
| Amira Minazzi | Judie Kunze |
| Amy Miglians | Kat Gatseos |
| Andrea Bradbury | Kent Vance |
| Andrei Lobanov-Rostovsky | Kristin Kubacki |
| Ashley Charbonneau | Laurie Kepros |
| Beth George | Maggie Sahlieh |
| Brandi Madden | Maria Trujillo |
| Brian Garrett | Marni Lyons |
| Cary Lynch | Marsha Brewer |
| Chelsey Lehmkuhl | Nathan Eagan |
| Chris Lobanov-Rostovsky | Paige Stapleton Lawlor |
| Christina Gado | Pat Harris |
| Christine Tyler | Rebecca Naugle |
| Conrad Gonzales | Rick Ostring |
| Crystal Kisselburgh | Roger Kincade |
| Elinah Russell | Ryan Mosier |
| Gabriel Garcia | Sarah Marlow |
| Gabriela Allen | Sinjin Sison |
| Holly Harris | Sonya Hickson |
| Jacque Sumida | Tami Floyd |
| Jae Dee Wood | Tara Saulibio |
| Jaime Soto | Tim Tomasso |
| Janira Pacheco | Victoria Halpern |
| Jessica Flowers | Whitney Shelton |

**Absent SOMB Members:**  Gregg Kildow

**Staff Present:**  Jesse Hansen, Brittinie Sandoval, Ellen Creecy, Jill Trowbridge, Paige Brown, Rachael Collie, Raechel Alderete, Taylor Kriesel, and Yuanting Zhang

**SOMB Meeting Begins:  9:05 am**

This meeting was recorded.

1

NELSON 003629

**INTRODUCTIONS/ATTENDANCE:**
Kimberly Kline (SOMB Chair) introduced herself and welcomed the SOMB members in attendance along with the members of the public.

The meeting rules and expectations were read aloud.

Raechel Alderete (ODVSOM Staff) introduced herself.

Taylor Kriesel (ODVSOM Staff) introduced herself, reviewed the aspects of the Webex components of the meeting, and indicated how the meeting will be conducted. She asked all to state their names for clarity in the minutes.

The SOMB in-person members introduced themselves, and Raechel Alderete (SOMB Staff) introduced the Board members attending online.

The ODVSOM Staff introduced themselves.

The in-person guests introduced themselves, and Taylor Kriesel (ODVSOM Staff) introduced the online guests.

Chris Lobanov-Rostovsky (DCJ Deputy Director) introduced himself online.


**FUTURE AGENDA ITEMS:**
**Board:**
None

**Audience:**
Roger Kincade (Audience Member) announced that he distributed a handout and gave his thoughts and opinions regarding a training that he was not allowed to attend.

Marsha Brewer (Audience Member) noted that some SOMB Conference sessions were given for professionals only and noted her desire to be able to attend these sessions and other educational training.


**ANNOUNCEMENTS:**
**Staff:**
Taylor Kriesel (ODVSOM Staff) announced the following ODVSOM Conference and training updates:
- Training:
  - 1/30/25 SOMB 101 in Ft. Collins
  - 1/31/25 Roundtable in Ft. Collins
  - Informed Supervision ½ day Training and Approved Supervision ½ day Training in Pueblo 1/7/25
- 2025 Conference – 7/8 – 7/11/25 in Breckenridge. The new name of the conference is: Summit in the Rockies on Domestic Violence and Sex Offender Management
  - The Call for papers is open and indicated she will send out the link to submit these.
  - Hotel – the SOMB will pay for 1 night for Board members and indicated that she will book the rooms for the Board Members
  - Board Member Networking Event is in the evening of 7/8/25
  - The combined DVOMB/SOMB Board meeting will be in the morning of 7/9/25
  - Social Event at the Conference is on 7/9/25 with more information to come

Rachael Collie (SOMB Statistical Analyst) announced that the SOMB Legislative Report for 2025 and is in the Governor's office for review. She noted that the date to present and testify to the Legislature on this report is not currently scheduled and noted that when the date and time is confirmed, invitations will be sent out to those who wish to testify at the Legislative session.

Yuanting Zhang (SOMB Statistical Analyst) indicated that Chinese New Year celebrations (Year of the Snake) are coming up and announced that there are many celebrations across the Denver metro area.

2

Jesse Hansen (ODVSOM Program Manager) announced that the SOMB will present to the Joint Judiciary on 1/29/25 and noted that if the timing changes, he will notify all involved. He indicated that the SOMB will pass along the results of the 2025 Annual Legislative report.

Jesse Hansen (ODVSOM Program Manager) announced that the DVOMB, Division of Child Welfare will be holding several Focus groups for treatment providers and stakeholders. He noted the purpose of these focus groups is to create best practices for individuals who are not justice involved but involved in child welfare cases and are outside the purview of the DVOMB or SOMB. He noted that a best practice guideline has been created already for youth who are engaging in relationship violence and noted he will put the link to that in the chat.

Jesse Hansen (ODVSOM Program Manager) indicated that a supplemental Sex Offender Surcharge request was submitted to the Joint Budget Committee (JBC) for an additional $25,000 for a learning lab for victim representation on CSTs and MDTs. He indicated this was denied by the JBC due to a technical error and noted that the allocation may be deferred until next year along with other Sex Offender Surcharge requests. Carl Blake (SOMB Member) noted that the Colorado Department of Human Services (CDHS) asked for the previously approved Department of Youth Services supplemental allocation be delayed until FY27 based on when the agencies can spend the additional monies. He suggested reviewing this in the Executive Committee and at the February SOMB meeting.

Raechel Alderete (ODVSOM Staff) announced the following:
- Recognized Kent Vance as the outgoing Rural County Commissioner on the SOMB.
- New Department of Public Safety Board Member representative is Katie Ruske, the Program Manager of the Office of Community Corrections replacing Jesse Hansen who has moved to the ODVSOM Program Manager position.
- The Annual Conflict of Interest Attestation should be submitted for those who have not already done so.

**Board Announcements:**
Regarding the Annual Conflict of Interest attestation, Taber Powers (SOMB Member) announced his financial interests in his private practice which provides services with Judicial, DOC, Parole, Community Corrections, and DHS. He also noted that his wife is part owner of the private practice.

Theresa Weiss (SOMB Member) announced her financial interests in her private practice which provides services with Judicial, and the Department of Human Services.

Mike Knotek (SOMB Member) announced his financial interests in his private polygraph practice which provides services with Judicial and State and Community Corrections. He noted that his wife has ½ interest in the practice as well.

Jessica Dotter (SOMB Member) announced that the Mandatory Reporting Task Force has completed its final report and has submitted it to the Legislature. This report includes 19 directives as indicated from the Legislature, and she highlighted some of the directives that have been addressed.

Hannah Pilla (SOMB Member) announced that she will be leaving the SOMB and thanked all for their support and indicated that she will still be available for committee work.

Raechel Alderete (SOMB Program Coordinator) recognized the great work that Dr. Pilla has done on this board and noted that they will solicit for a new mental health professional to replace Dr. Pilla's position.

**Audience Announcements:**
None


**APPROVAL OF THE NOVEMBER 2024 SOMB MINUTES (Decision Item): (Attachment #1)**
*Sarah Croog (SOMB Member) made a motion to approve the August 2024 SOMB Minutes as presented.*
*Carl Blake (SOMB Member) 2nd the motion.*

**Board Discussion:**
None

3

**Voting Session #: 267039**

**Motion to approve the November 2025 SOMB Minutes as presented: Sarah Croog; Carl Blake 2nd (Question #1)**

| 17 | Approve | 0 | Oppose | 3 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

David Bourgeois was not present for vote
Hannah Pilla voted Yes verbally

**APPROVE AGENDA:**
The agenda was approved by consensus.

**JUVENILE STANDARDS REVISIONS COMMITTEE – SECTION 10.00 AND APPENDIX K (Decision Item): (Attachment #2) Paige Brown, SOMB Implementation Specialist and Theresa Weiss, SOMB Member**
Paige Brown (SOMB Implementation Specialist) introduced the revisions made to the Juvenile Standards in Section 10.0 and Appendix K and then deferred to Theresa Weiss (SOMB Member) for further discussion. She indicated that this is an action item to move forward with the public comment process for the revisions and the removal of Appendix K.

Theresa Weiss (SOMB Member) reviewed the reason for the removal of Appendix K and the revisions to section 10.00 regarding when Additional Conditions of Community Supervision are in play. Paige Brown (SOMB Implementation Specialist) reviewed the formatting changes made to Section 10.00.

**Board Discussion:**
None

**Audience Discussion:**
None

**Approval of the Juvenile Standards Section 10.00 and Appendix K:**
*Sarah Croog (SOMB Member) made a motion to approve the revisions to the Juvenile Standards Section 10.0 and Appendix K to send out for public comment as presented.*
*Carl Blake (SOMB Member) 2nd the motion.*

**Board Discussion:**
None

**Voting Session #: 267039**

**Motion to send the revisions to the Juvenile Standards Section 10.00 and Appendix K Removal out for public comment as presented: Sarah Croog; Carl Blake 2nd (Question #1)**

| 19 | Approve | 0 | Oppose | 0 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

**ADULT STANDARDS REVISION COMMITTEE – SECTION 3.600 and 3.700 (Action Item): (Attachment #3) – Raechel Alderete, SOMB Program Coordinator, Taber Powers, SOMB Member, and Amanda Retting, SOMB Member**
Raechel Alderete (SOMB Program Coordinator) introduced the Adult Standards revisions to Section 3.600 and 3.700 (Continuity of Care) agenda item and noted that this is an action item and will be voted on to send out for public comment.

Raechel Alderete (SOMB Program Coordinator) reviewed the following revisions to Section 3.600 and 3.700:
Section 3.600 – Transition Point and Continuity of Care
- Updated Statutory language about SOTMP Providers and SOMB Approval
- Revisions to the requirement to complete an OSE prior to treatment
- Clarification that SOTMP completion is NOT a completion of SO Treatment

4

NELSON 003632

Raechel Alderete (SOMB Program Coordinator) indicated that these revisions are an Action Item and noted that the vote is to release the revisions for Public Comment. She reviewed the public comment process before vote for approval to send out for public comment.

Raechel Alderete (SOMB Program Coordinator) then reviewed the specific revisions in Section 3.600 & 3.700 and then deferred to Taber Powers and Amanda Retting (SOMB Board Members) for further discussion.

Amanda Retting (SOMB Member) indicated that the revisions made were for more clarity for clients, providers, and the community and noted there was a lot of work and a lot of input in creating these revisions.

Taber Powers (SOMB Member) thanked Amanda Retting for her work on these revisions and expressed approval of the elaboration and clarification for guidance for treatment of clients when transitioning to the community. He noted that there was a lot of collaboration with community providers, partners, and the Department of Corrections (DOC). Taber Powers indicated that these revisions would help clients when transitioning from SOTMP to community treatment.

**Board Discussion:**
Jessica Dotter (SOMB Member) noted that these revisions are great. She questioned the use of the protective factor in Discussion Point in 3.620 B. which cautions no contact with own minor children and asked if providers have the power to change contact with own minor children. Raechel Alderete (SOMB Program Coordinator) responded that if a client currently had contact while incarcerated, contact should continue and not be stripped away. That is what is meant by removing protective factors. Amanda Retting (SOMB Member) also noted that the contact will be monitored and will not be removed.

Carl Blake (SOMB member) questioned if the discharge summary is always required or only for certain circumstances (Section 3.720 A.) and noted there is some conflicting information regarding the discharge summary between the various sections.

Carl Blake (SOMB Member) asked for clarity and potential modifications as referenced in Section 3.210. Amanda Retting (SOMB Member) responded that the majority of those terminated from SOTMP come back to DOC and that the DOC discharge summaries are not the same as the community discharge summaries. Carl Blake then asked for future discussion with the DOC regarding Section 3.210 and the content and reason for the discharge. He noted that as it is written, the DOC discharge summary could be modified at will. Kimberly Kline (SOMB Member) and Amanda Retting continued with discussion regarding the discharge summary and/or termination from treatment in DOC. Taber Powers (SOMB Member) suggested making note of these discrepancies for the Adult Standards Revision Committee when sending out for public comment so that the committee can review this public comment and can reword the Standards to capture the information needed for transition for both DOC and the community.

Raechel Alderete (SOMB Program Coordinator) expressed appreciation for the comments and concerns and indicated that this document will be sent out for public comment to include these concerns. Carl Blake (SOMB Member) indicated he wanted to make note so that these concerns will be reviewed by the Committee and allow for public comment regarding this.

**Audience Discussion:**
None

**Approval of the Revisions to the Adult Standards Section 3.600 and 3.700:**
*Carl Blake (SOMB Member) made a motion to send the revisions to the Adult Standards Section 3.600 and 3.700 with noted concerns out for public comment.*
*Norma Aguilar-Dave (SOMB Member) 2nd the motion.*

**Board Discussion:**
None

**Voting Session #:** 267039

Motion to send the Revisions to the Adult Standards Section 3.600 and 3.700 with noted concerns out for public comment: Carl Blake; Norma Aguilar-Dave 2nd (Question #3)

| 20 | Approve | 0 | Oppose | 1 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

NELSON 003633

Hannah Pilla voted Yes in the Chat

**BREAK**: 10:23 – 10:45 am

**JUVENILE STANDARDS REVISIONS COMMITTEE – SECTION 3.151 (Decision Item) (Attachment #4) – Paige Brown, Implementation Specialist and Theresa Weiss, SOMB Member**
Paige Brown (SOMB Juvenile Implementation Specialist) reviewed the following revisions to Section 3.151 of the Juvenile Standards and noted this will be an action item to go out for public comment. She then deferred to Theresa Weiss (SOMB Member) for further discussion.

Theresa Weiss (SOMB Member) reviewed the changes made to each of the affected Standards in Section 3.151 B., C., D., E. and – K.

**Board Discussion:**
Taber Powers (SOMB Member) asked if Section 3.151 E. should read *"Contain clearly stated goals, objectives, and interventions that are individualized, specific, measurable, achievable, relevant, and time bound."* Paige Brown (SOMB Juvenile Implementation Specialist) responded that was a typo and that it should read "time bound."

**Audience Discussion:**
None

**Approval of the Revisions to the Juvenile Standards Section 3.151:**
*Sarah Croog (SOMB Member) made a motion to approve the revisions to the Juvenile Standards Section 3.151 as amended. Nicole Feltz (SOMB Member) 2nd the motion.*

**Board Discussion:**
None

**Voting Session #:** 267039

**Motion to approve the Revisions to the Juvenile Standards Section 3.151 as amended for public comment: Sarah Croog; Nicole Feltz 2nd (Question #4)**

| 20 | Approve | 0 | Oppose | 0 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

**VARIANCE REQUEST (Decision Item):** (No Attachment) Reggin Palmitesso-Martinez, SOMB Staff, Carl Blake, SOMB Member, and Jacque Sumida, SOMB Provider
Reggin Palmitesso-Martinez (SOMB Application and Compliance Coordinator) introduced the Variance Request agenda item and noted this is a decision item. She then deferred the discussion to Carl Blake (SOMB Member) and Jacque Sumida (SOMB Provider).

Variance Request to Section 5.770/5.775 – Requests for client to electronically communicate with the victim (ex-wife) for co-parenting purposes if it does not pose any potential threat. Carl Blake (SOMB Member – ARC) determined there were no safety concerns and tentatively approved the variance. He noted that this request is for a continuation of the variance in place. Raechel Alderete (SOMB Program Coordinator) clarified when a variance to the Standards is in place and reviewed the process and the parameters (variance usually lasts for 1-2 years.)

Jacque Sumida (SOMB Treatment Provider) reviewed the circumstances involved with this variance. Raechel Alderete (SOMB Program Coordinator) noted that the standards involved are Section 5.770 and 5.775. She noted that the Board has received all information from the pertinent parties.

**Board Discussion:**
Taber Powers (SOMB Member) asked Jacque Sumida how the communication has worked and asked about the domestic violence portion of the case. He asked if the victim has any safety issues with this agreement. Jacque Sumida noted that there has not been much

NELSON 003634

contact yet and indicated there is a victim representative assigned to the case. She mentioned that the Domestic Violence provider will be included on the CST.

Taber Powers (SOMB Member) asked if the CST has created a plan moving forward to ensure safety. Jacque Sumida responded that there will be an assigned victim representative on the CST to ensure victim safety.

Jessical Dotter (SOMB Member) asked if the victim representative has been involved continually in the case. Jacque Sumida responded that she asked Probation for that information and noted she will follow-up with Probation for that question. Jessica Dotter then asked for more specific information that the victim representative might have regarding the case. Jacque Sumida responded that she is basing the variance on the court order. Carl Blake (SOMB Member) noted that the court order is specific to electronic communication and contact regarding co-parenting, arranging transportation of the children, along with exchange of the children. He noted that the Court order has outlined all the parameters of contact, and Jacque Sumida responded that since the use of the variance there have not been any problems reported.

Raechel Alderete (SOMB Program Coordinator) read the modified Court protection order and the limitations of contact with the victim and children. She indicated that is included in the variance packet.

Jason Lamprecht (SOMB Member) asked if the client is using the "Talking Parents" app. Jacque Sumida responded yes, and she noted that email and texting directly is also allowed.

Jessica Dotter (SOMB Member) asked what organization the victim representative is hired through. Jacque Sumida responded that her agency has contracts with 2 approved victim representatives that she is using when needed.

Casey Ballinger (SOMB Member) noted that variances are happening more frequently when the Standards do not address or allow for limited contact prior to clarification. She indicated that she appreciates that victims' needs and considerations and that those fall in line with the protection order.

Variance Request approval:
*Taber Powers (SOMB Member) made a motion to approve the Variance Request for 12 months with a quarterly reporting requirement.*
*Jessica Dotter (SOMB Member) 2nd the motion.*

Board Discussion:
Carl Blake (SOMB Member) asked Taber Powers (SOMB Member) how long the variance will be approved for. Taber Powers responded that it will not end quickly due to the parenting nature of the variance.

*Taber Powers (SOMB Member) modified his motion to include the use of quarterly reports, engage with a victim advocate and Domestic Violence provider for a period of 24 months.*
*Jessica Dotter (SOMB Member) 2nd the motion.*

Carl Blake (SOMB Member) indicated that Application Review Committee (ARC) members can vote on this item.

Voting Session #:  267039

Motion to approve the Variance Request as amended: Taber Powers; Jessica Dotter 2nd (Question #5)

| 19 | Approve | 0 | Oppose | 1 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

The LUNCH & PRESENTATION were moved to end of agenda due to early timing.

JUVENILE STANDARDS REVISIONS COMMITTEE – SECTION 5.000 (Decision Item): (Attachment #7) – Paige Brown, Implementation Specialist, and Theresa Weiss, SOMB Member

NELSON 003635

Paige Brown (Implementation Specialist) introduced the Revisions to the Juvenile Standards Section 5.000 agenda item. She also thanked Dr. Carl Blake, Kristin Kubacki, and Holly Harris Yanker for their diligent efforts working on their respective sections of the revisions.

She then deferred to Theresa Weiss (SOMB Member) for further discussion of the revisions.

Theresa Weiss (SOMB Member) reviewed the revisions made to the following Standards:
5.110 A.
5.110 E.
5.110 DD/ID
5.150
5.200
5.201
5.202
5.204
5.215
5.500
5.505
5.510
5.510 A.
5.510 B.
5.510 E.
5.510 F.
5.510 G.
5.510 H.
5.600
5.605
5.610
5.610 DD/ID
5.640
5.660
5.670
5.680
5.690

It was noted that the ask is to approve these revisions to go out for Public Comment.


**Board Discussion:**
Carl Blake (SOMB Member) noted there were a few revisions which change "should" to "shall" due to Statutory requirements regarding supervising agencies.

**Audience Discussion:**
None

**Approval of the Juvenile Standards Revisions to Section 5.000:**
*Carl Blake (SOMB Member) made a motion to approve the Juvenile Standards revisions Section 5.000 for public comment.*
*Taber Powers (SOMB Member) 2nd the motion.*

**Board Discussion:**
None

**Voting Session #: 267039**

8

**Motion to Send the Revisions to the Juvenile Standards Section 5.000 out for public comment: Carl Blake; Taber Powers 2nd (Question #6)**

| 20 | Approve | 0 | Oppose | 0 | Abstain | Motion Passes |
|----|---------|---|--------|---|---------|---------------|

**LUNCH**: 11:27 am – 12:00 noon

**HUMAN TRAFFICKING AWARENESS MONTH PRESENTATION (Presentation Item): (No Attachment) Maria Trujillo (Human Trafficking Program Manager), Human Trafficking Program Manager**

Raechel Alderete indicated that lunch will be offered during the Human Trafficking presentation. She then introduced Maria Trujillo (Human Trafficking Program Manager) who gave the following presentation:

Maria Trujillo (Human Trafficking Program Manager) gave the following presentation:

Intersections Between Human Trafficking and Sex Offending
- What is Human Trafficking?
- Victim Demographics
- Who are the Traffickers?
- Who are the Traffickers – Statistics
- Wishing for Love – video
- Looking Beyond Criminal Charges
- Colorado Human Trafficking Judicial Cases by Disposition, CY2014-2023
- Ancillary Charges on Which Defendants Charged of Human Trafficking Were Convicted, CYs 2014-2023
- Vulnerabilities
- Potential Vulnerabilities
- Overlapping Risk Factors
- Grooming Tactics
- Looking for a Home – video
- Common Recruitment Tactics
- Methods of Control
- How to Report or Connect to Services
- Would you like to know more?

**Board Discussion:**

Jessica Dotter (SOMB Member) asked Maria Trujillo (Human Trafficking Program Manager) about how power and control factor into human trafficking. She asked how human traffickers overlap with sex offenders who are motivated due to the power and control and the money-making factors involved in human trafficking. Maria Trujillo noted that they do overlap due to the control and money-making aspects.

Raechel Alderete (SOMB Program Coordinator) indicated a white paper that the SOMB published several years ago which referenced human trafficking and sex offending. She thanked Maria Trujillo (Human Trafficking Program Manager) and the Council for the amazing work they do and the information that is made available.

Carl Blake (SOMB Member) noted that Denver Youth Services (DYS) is the only agency that assesses risk for human trafficking in all youth involved in the agency. He asked if the Human Trafficking Council addresses undocumented individuals in a state of desperation and are at risk for being coerced into human trafficking. Maria Trujillo (Human Trafficking Program Manager) responded that one of the council members does work in the field and has gone into some of the immigrant shelters. She noted there has been some outreach in the Denver area and noted that there has been some outreach out to hospitals and detention centers for training on "Knowing Your Rights. Maria Trujillo noted that outreach has been done using posters and stickers and "covert" campaign products to reach out to those in vulnerable positions (i.e. ChapStick.)

NELSON 003637

Raechel Alderete (SOMB Program Coordinator) noted that she has been made aware of clients who are in treatment and that they are required to take a class called FORI (for sex purchasers/buyers.) Maria Trujillo (Human Trafficking Program Manager) noted that these have existed over the years and have had some success in helping reduce these crimes.

Jesse Hansen (SOMB Program Manager) asked if there are parts of Colorado where the Council has had difficulty or has not been able to reach. Maria Trujillo (Human Trafficking Program Manager) responded that they have reached most of the I-70 and I-25 corridor but have not concentrated on Central Colorado yet.

Raechel Alderete (SOMB Program Coordinator) thanked Maria Trujillo for the informative presentation.

**BOARD MEETING ADJOURNS: 12:51 pm**

Respectfully,

Jill Trowbridge    Digitally signed by Jill Trowbridge
Date: 2025.04.03 07:15:41 -06'00'

_____                    _____
Jill Trowbridge                      Date     Kimberly Kline                      Date
Program Assistant                             Chair of the SOMB

10

NELSON 003638

**Session Name: 01-17-2025 (Denver, GMT-06:00)**

**Date Created: (01/17/2025, 9:31)**

**Questions: 6**

**Results Detail**

| Last Name | First Name | Q1 Motion to Approve the November 2024 Minutes as Presented | Q2 Motion to Send the Juvenile Standards Revisions to Section 10.00 and Appendix K out for Public Comment | Q3 Motion to Send the Revisions to the Adult Standards Section 3.600 and 3.700 as Amended out for Public Comment | Q4 Motion to Send the Revisions to the Juvenile Standards Section 3.151 out for Public Comment as Presented | Q5 Motion to Approved the Variance Request as Amended | Q6 Motion to Send the Revisions to the Juvenile Standards Section 5.00 out for Public Comment as Presented |
|---|---|---|---|---|---|---|---|
| Abeyta | Katie | 1 | ** | 1 | ** | 1 | 1 |
| Aguilar-Dave | Norma | 1 | 1 | 1 | 1 | 1 | 1 |
| Baker | Jeff | 1 | 1 | 1 | 1 | 1 | 1 |
| Ballinger | Casey | 1 | 1 | 1 | 1 | 1 | 1 |
| Blake | Carl | 1 | 1 | 1 | 1 | 1 | 1 |
| Bourgeois | David | ** | ** | 1 | 1 | 1 | 1 |
| Croog | Sarah | 1 | 1 | 1 | 1 | 1 | 1 |
| Dotter | Jessica | 1 | 1 | 1 | 1 | 1 | 1 |
| Feltz | Nicole | 1 | 1 | 1 | 1 | 1 | 1 |
| Kline | Kim | 3 | 1 | 1 | 1 | 1 | 1 |
| Kildow | Gregg | Absent | Absent | Absent | Absent | Absent | Absent |
| Knotek | Mike | 1 | 1 | 1 | 1 | 1 | 1 |
| Pilla | Hannah | 1 | 1 | 1 | 1 | Absent | Absent |
| Mayer | Lisa | 1 | 1 | 1 | 1 | 1 | 1 |
| Miller | Allie | 1 | 1 | 1 | 1 | 1 | 1 |
| Lamprecht | Jason | 1 | 1 | 1 | 1 | 1 | 1 |
| Loew | Priscilla | 3 | 1 | 1 | 1 | 1 | 1 |
| Luxen | Andrew | 1 | 1 | 1 | 1 | 1 | 1 |
| Retting | Amanda | 1 | 1 | 3 | 1 | 3 | 1 |
| Powers | Taber | 1 | 1 | 1 | 1 | 1 | 1 |
| Simmons | Michelle | 3 | 1 | 1 | 1 | 1 | 1 |
| Weiss | Theresa | 1 | 1 | 1 | 1 | 1 | 1 |
| | | **17 - Yes** | **19 - Yes** | **20 - Yes** | **19 - Yes** | **19 - Yes** | **20 - Yes** |
| | | **0 - No** | **0 - No** | **0 - No** | **0 - No** | **0 - No** | **0 - No** |
| | | **3 - Abstain** | **0 - Abstain** | **1 - Abstain** | **0 - Abstain** | **1 - Abstain** | **0 - Abstain** |

**Answer Key:**
1 = Yes
2 = No
3 = Abstain
** = No Vote Registered

11