IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON,

    Plaintiff,

v.

MOSES STANCIL, in his official capacity as Executive
Director of the Colorado Department of Corrections;
RYAN LONG, in his official capacity as Warden of
the Denver Women's Correctional Facility; and
AMANDA RETTING, in her official capacity as Sex
Offender Treatment and Monitoring Program
Administrator and Colorado Department of Corrections
Representative on the Sex Offender Management Board,

    Defendants.

---

### DEFENDANT RETTING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO PARTIAL MOTION TO DISMISS

    Defendant Amanda Retting, through the Colorado Attorney General, respectfully submits this motion requesting an extension of time to reply to Plaintiff's Response to Defendant Retting's Partial Motion to Dismiss Complaint (ECF No. 22). In support thereof, Defendants state the following:

    1.    **Certificate of Conferral.** In accordance with D.C.COLO.LCivR 7.1(b)(1), undersigned counsel conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff stated they do not oppose the requested extension.

2. Plaintiff Lacie Nelson, who is incarcerated in a facility operated by the Colorado Department of Corrections (CDOC), filed a Complaint on December 27, 2024. (ECF No. 1).

3. On April 23, 2025, Defendant Retting filed a Partial Motion to Dismiss Complaint (ECF No. 1) Under Fed. R. Civ. P. 12(b)(1). (ECF No. 22).

4. After being granted an extension, Plaintiff filed a Response to the Partial Motion to Dismiss on June 30, 2025. (ECF No. 35).

5. Defendant Retting's reply to Plaintiff's Response is due on or before July 14, 2025.

6. Defendant Retting respectfully requests a two-week extension of time to file a reply, up to and including July 28, 2025.

7. Good cause exists for granting the requested relief. Undersigned counsel maintains a heavy and active caseload as a member of the Corrections Unit of the Colorado Attorney General's Office. Since Plaintiff filed the Response to Partial Motion to Dismiss, and prior to the current deadline to reply, undersigned lead counsel Assistant Attorney General Amy Adams has been or will be engaged in the following: responding to discovery and work to retain an expert witness in *Pettigrew v. Dorcey, et al.*, U.S.D.C. Case No. 23-cv-01294-MDB; responding to a motion to reopen in *Holley v. Gilden, et al.*, U.S.D.C. Case No. 24-cv-00549-DDD-CYC; and preparing an answer brief in *Jefferson v. Stancil, et al.*, 10th Circuit Court of Appeals Case No. 25-1153. Additionally, Ms. Adams will be out of the office on annual leave from July 9-11, 2025.

8.  This is Defendant Retting's first request for an extension of time to file a reply to the Response to Defendant Retting's Partial Motion to Dismiss. This request is not made for the purpose of delay, and no party will be prejudiced by the requested extension of time.

For the foregoing reasons, Defendant Retting respectfully requests an extension of time up to and including July 28, 2025, to reply to Plaintiff's Response to Defendant Retting's Partial Motion to Dismiss.

DATED at Denver, Colorado this July 7, 2025.

PHILIP J. WEISER
Attorney General

*s/ Amy E. Adams*
AMY E. ADAMS*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: amy.adams@coag.gov
*Counsel of Record

4

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **DEFENDANT RETTING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO PARTIAL MOTION TO DISMISS** upon all parties herein by e-filing with the CM/ECF system maintained by the court on July 7, 2025, which will cause notification of such filing to be sent to all counsel of record.

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

*s/Jennifer Kaercher*