IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON,

      Plaintiff,

v.

MOSES STANCIL, Executive Director of the
Colorado Department of Corrections, in his official capacity;

RYAN LONG, Warden of the Denver Women's Correctional Facility,
in his official capacity; and

AMANDA RETTING, Sex Offender Treatment & Monitoring
Program Administrator and Colorado Department of Corrections
Representative on the Sex Offender Management Board,
in her official capacity,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 26, 2025.**

      Before this Court is the Motion by Plaintiff for leave for student attorneys to appear on her behalf [ECF 42] which Chief District Judge Philip A. Brimmer has referred [ECF 43].

      Plaintiff is represented by Gail K. Johnson, Esq., of Johnson & Klein, PLLC. Plaintiff also is represented by Nicole B. Godfrey, Esq., Miriam S. Kerler, and Laura Lee Rovner, Esq., of the University of Denver Sturm College of Law. As their supervising attorneys, the three law school attorneys re-introduce two law students—Rylee Beltran and Emma D. Richards—who wish to appear in this civil action on Plaintiff's behalf. This Court notes that Chief District Judge Brimmer granted an earlier request by these two student attorneys. ECF 20.

      The required Law Student Appearance form has been submitted for the two law students. Plaintiff consents to the law students' participation.

      Noting that the requirements of D.C. COLO. LAttyR 14 have been met and that the request is unopposed, the Motion [ECF 42] is **granted**.

      Student attorneys Rylee Beltran and Emma D. Richards may appear before this Court pursuant to D.C. COLO. LAttyR 14.