| | |
|---|---|
| **Subject:** | Re: Motion to extend time - Nelson v. Stancil |
| **Date:** | Wednesday, April 9, 2025 at 11:24:07 AM Mountain Daylight Time |
| **From:** | Allyson Harris <Allyson.Harris@du.edu> |
| **To:** | Amy Adams <Amy.Adams@coag.gov>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov>, Evan Brennan (He Him) <Evan.Brennan@coag.gov> |
| **CC:** | Miriam Kerler <Miriam.Kerler@du.edu>, Nicholas Lutz <Nicholas.Lutz@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Emma Richards <Emma.Richards@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu> |
| **Attachments:** | image001.png |

Amy,

We appreciate the time and effort you are willing to put into these issues. Since you are willing to consider our proposal, and in the interest of good-faith conferral and collaboration, we also agree that filing several responses may be an inefficient use of all of our and the court's time. To that end, we agree to a two-week extension of your answer deadline.

Additionally, would you mind sharing the name of the counsel for the SOMB with whom you have been dealing?

████████████████████████████████

Best,

Allyson Harris
Rylee Beltran
Emma D. Richards

App: NL


--

**Allyson Harris (she/her)**
*Student Attorney* - Civil Rights Clinic
*J.D. Candidate, 2025*
University of Denver, Sturm College of Law
(505) 850-3742

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Tuesday, April 8, 2025 4:50 PM
**To:** Allyson Harris <Allyson.Harris@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Emma Richards <Emma.Richards@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Allyson,

We are a considering the stipulation you proposed, or a perhaps a modified one, but it sounds like both sides agree it would be best to make sure everything is properly framed before we launch into the next phase of this case.  To that end, we need to speak to our supervisors, our multiple clients, and counsel for the SOMB about the proposal.  We hope that we can come up with a solution that honors the knot of issues that you have described, and we understand the concerns you have.  There isn't much point in us filing several responses and then those responses being mooted by a later agreement and amended complaint.  Accordingly, would you agree to a two-week extension of the deadline for us to answer the complaint while we make the necessary calls, circle back with you, and pursue good-faith discussion of these issues?  Like you, we want to make sure the issues end up becoming ripe for decision in an orderly manner.

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



COLORADO
Department of Law
Attorney General Phil Weiser

P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Allyson Harris <Allyson.Harris@du.edu>
**Sent:** Monday, April 7, 2025 6:41 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Emma Richards <Emma.Richards@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>
**Subject:** Re: Motion to extend time - Nelson v. Stancil

Dear Amy and Evan,

Thank you for sending this information.

We think that we might also be able to provide some helpful context.  A primary reason we named Retting as a defendant in her official capacity as SOTMP Administrator and CDOC Representative on the SOMB is because, based on our understanding, the substantial burden being inflicted on Ms. Nelson first and foremost originates with the SOMB's Standards and Guidelines. *See* Standards and Guidelines for the Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders, 3.520 ("Clients assessed to be in Level 3: Accepts No Responsibility (i.e., Categorical Denial) are not suitable for sex offense-specific treatment because they do not acknowledge being responsible for any sexual offending or having a related need for change.")

It's our understanding that CDOC, in administering SOTMP, must comply with the SOMB's Standards and Guidelines. Further, it is our understanding that Ms. Nelson cannot be considered successfully progressed in SOTMP unless the treatment she receives complies with the criteria identified in the SOMB's Standards and Guidelines. Based on this understanding, we are under the impression that CDOC cannot unilaterally grant our requested relief without, at least, the SOMB's involvement.

If you believe our understanding is flawed, and you are confident that CDOC alone could grant our requested relief if we were to prevail, we believe we could resolve this issue without having to brief it and instead would ask that you stipulate to the particulars of that relationship and agree to dismissal of Retting without prejudice. Is that something you would be willing to consider? If so, we will draft the stipulation promptly.

Sincerely,

Allyson Harris

Emma D. Richards

Rylee Beltran


App: NL
--
**Allyson Harris (she/her)**
*Student Attorney* - Civil Rights Clinic
*J.D. Candidate, 2025*
University of Denver, Sturm College of Law
(505) 850-3742

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Thursday, April 3, 2025 4:53 PM
**To:** Rylee Beltran <Rylee.Beltran@du.edu>; Allyson Harris <Allyson.Harris@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Emma Richards

<Emma.Richards@du.edu>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Good afternoon, counsel,

I'm writing to follow up on the conferral call yesterday, and specifically, to provide a written synopsis of Defendants' anticipated partial motion to dismiss in *Nelson*. Specifically, Defendants plan to move to dismiss the complaint in part on the grounds that Plaintiff's claim against Defendant Retting as a member of the Sex Offender Management Board (SOMB) is barred by the Eleventh Amendment. This argument is twofold and goes to subject matter jurisdiction.

First, in general, under the Eleventh Amendment, a state is not subject to suit by its own citizens in federal court absent a waiver of the state's sovereign immunity. Under *Ex Parte Young*, 209 U.S. 123, 159-60 (1908) there is an exception to that rule for official capacity claims against state officials for prospective relief. *See Will v. Michigan. Dept. of State Police*, 491 U.S. 58, 71 n.10 (1989). But for that exception to apply, the official must have some connection to enforcement of the act that violates federal law.  *Chamber of Commerce of U.S. v .Edmonson*, 594 F.3d 742, 760 (10th Cir. 2010). Here, as member of the SOMB, Retting doesn't have that connection. SOMB members do not have enforcement authority with regard to CDOC regulations or any duty to enforce CDOC regulations. In other words, the SOMB does not have that statutory role. It is a separate entity from CDOC and simply creates standards for treatment.  In the lawsuit, you seem to be asking that CDOC change or waive its regulations concerning its treatment program to accommodate Ms. Nelson's religious beliefs.  Only CDOC has authority to change or waive its own regulations.

Second, Retting, as a single member of the SOMB, does not have the power to develop SOMB standards.  The SOMB as a group, not its individual members, has the power to develop treatment standards and change them.  C.R.S. § 16-11.7-103(4). Thus, Retting herself has no authority to amend SOMB standards and cannot properly be sued for that kind relief by Ms. Nelson.

Please let us know your position on the motion as soon as practicable.

Best,

Amy Adams
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Rylee Beltran <Rylee.Beltran@du.edu>
**Sent:** Friday, March 28, 2025 4:06 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Allyson Harris <Allyson.Harris@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Emma Richards <Emma.Richards@du.edu>
**Subject:** Re: Motion to extend time - Nelson v. Stancil

Hi Amy & Evan,

Understood. We appreciate you taking the time to speak with us.

Please see the below Microsoft Teams link for our meeting, April 2, 2025, at 3:30PM.

Have a good weekend.

Best,

Rylee Beltran

Allyson Harris

Emma D. Richards

App: NL

https://teams.microsoft.com/l/meetup-join/19%3ameeting_NTk0ZjBlZDgtNDIzMy00NGQ2LWJiYWItYmExYzE1ZTVkY2Y4%40thread.v2/0?context=%7b%22Tid%22%3a%226f3c7037-85c2-40e6-9dec-18b02d289288%22%2c%22Oid%22%3a%2296fdb36e-9c37-4b13-8524-778fd8a26e26%22%7d

## Join conversation

teams.microsoft.com



**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Tuesday, March 25, 2025 6:04 PM
**To:** Allyson Harris <Allyson.Harris@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Rylee Beltran <Rylee.Beltran@du.edu>; Emma Richards <Emma.Richards@du.edu>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Allyson,

We have a very large case load and packed schedules, so a video conference would be best for us to conserve time and allow us to attend back to back meetings and hearings that day.  We use both Teams and Google Meets for this purpose.  Please let us know if that would work for you.

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827  |  Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

**From:** Allyson Harris <Allyson.Harris@du.edu>
**Sent:** Monday, March 24, 2025 10:13 AM
**To:** Amy Adams <Amy.Adams@coag.gov>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Rylee Beltran <Rylee.Beltran@du.edu>; Emma Richards <Emma.Richards@du.edu>
**Subject:** Re: Motion to extend time - Nelson v. Stancil

Hello Amy and Evan,

Thank you for getting back to us. We are available on April 2 at 3:30 PM. Since we proposed the meeting, we would be happy to host you at the Student Law Office, if you'd like. Please let us know what will work best for you.

We look forward to meeting you soon.

Best,

Allyson Harris
Rylee Beltran
Emma D. Richards


--
**Allyson Harris (she/her)**
*Student Attorney* - Civil Rights Clinic
*J.D. Candidate, 2025*
University of Denver, Sturm College of Law
(505) 850-3742

App: NL

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Friday, March 21, 2025 11:43 AM
**To:** Rylee Beltran <Rylee.Beltran@du.edu>; Emma Richards <Emma.Richards@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Allyson Harris <Allyson.Harris@du.edu>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Good morning, all -

We are now more up to speed on this case and would be happy to meet. Our next availability for a meeting is the morning of April 2 or that same afternoon around 3:30. Please let us know if either of those times work.

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Rylee Beltran <Rylee.Beltran@du.edu>
**Sent:** Friday, March 7, 2025 1:11 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Emma Richards <Emma.Richards@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Allyson Harris <Allyson.Harris@du.edu>
**Subject:** Re: Motion to extend time - Nelson v. Stancil

Hello Amy and Evan,


That all makes sense; thank you for letting us know. We look forward to hearing back from you the week of March 17 and will keep our availability on the dates proposed open as best as possible.


Best,

Rylee Beltran

Emma D. Richards

Ally Harris


APP: NG

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Friday, March 7, 2025 11:41 AM
**To:** Emma Richards <Emma.Richards@du.edu>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Allyson Harris <Allyson.Harris@du.edu>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Emma,

Thank you for the invitation to meet to discuss this case.  Evan and I need some time to research the case, as you noted, and then we'll also need to meet with our supervisors.  Once we have a chance to do those things, we'll reach back out about an in-person meeting.  We'll plan to email the week of March 17th with a more specific answer.

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

**From:** Emma Richards <Emma.Richards@du.edu>
**Sent:** Thursday, March 6, 2025 7:10 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Allyson Harris <Allyson.Harris@du.edu>

**Subject:** Re: Motion to extend time - Nelson v. Stancil

Hi Amy and Evan,

We appreciate your response and Defendants' position on our motion to appear as student attorneys.

Ms. Nelson does not oppose your motion for an extension of time to answer.

Additionally, we wanted to propose meeting in-person to discuss the case once you have had time to review and research the claim. We believe engaging in meaningful conversations about the case will be of use for all parties involved. At the very least, we will be able to introduce ourselves in person.

Do you have availability to meet on March 31 after 1:00PM, April 1 after 1:00PM, or April 2 after 1:00PM?

Best,
Emma D. Richards
Allyson Harris
Rylee Beltran

**Emma D. Richards (she/her)**
*Student Attorney* | Civil Rights Clinic
J.D. Candidate 2026 | University of Denver Sturm College of Law
(720) 988-8525 | emma.richards@du.edu

App: NG

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Date:** Thursday, March 6, 2025 at 10:58 AM
**To:** Allyson Harris <Allyson.Harris@du.edu>, Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>, Nicholas Lutz <Nicholas.Lutz@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Emma Richards <Emma.Richards@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** [EXTERNAL] RE: Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

All,

Thank you for your prompt response to our inquiry. We look forward to working with you on the important issues raised in this case. Please do let us know as soon as possible what your position is on our motion to extend time, as we'd like to get it on file soon.

We do not oppose any motion to appear as student attorneys.

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



COLORADO
Department of Law
Attorney General Phil Weiser

P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and
opinions of the Attorney General.

---

**From:** Allyson Harris <Allyson.Harris@du.edu>
**Sent:** Wednesday, March 5, 2025 8:18 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>; Nicole Godfrey
<Nicole.Godfrey@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Emma Richards
<Emma.Richards@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>
**Subject:** Re: Motion to extend time - Nelson v. Stancil

Hello Amy and Evan,

It is a pleasure to meet you. My name is Allyson Harris, and I am a third-year law student in the
Civil Rights Clinic at the University of Denver. I am one of the student attorneys currently
representing Ms. Lacie Nelson, along with Emma D. Richards and Rylee Beltran.

We received your email about Ms. Nelson's position on a motion for extension of time to answer
the complaint. We will discuss it with our client and co-counsel and get back to you either late
tomorrow or early Friday. We have cc'ed our co-counsel, Gail Johnson, and our other
supervising attorney, Nick Lutz, on this email. Please include all of us on correspondence
moving forward.

We also wanted to confer with Defendants on a motion to appear as student attorneys on behalf
of Ms. Nelson pursuant to D.C.Colo.LAttyR 14. Namely, we ask whether we may represent to
the Court that Defendants do not oppose the motion. Please let us know at your convenience.

We look forward to working with you on resolving Ms. Nelson's claims.

Sincerely,

Allyson Harris
Emma D. Richards

Rylee Beltran

--
**Allyson Harris (she/her)**
*Student Attorney* - Civil Rights Clinic
*J.D. Candidate, 2025*
University of Denver, Sturm College of Law
(505) 850-3742

App: NG

---

**From:** Nicole Godfrey <Nicole.Godfrey@du.edu>
**Sent:** Wednesday, March 5, 2025 8:00 PM
**To:** Rylee Beltran <Rylee.Beltran@du.edu>; Allyson Harris <Allyson.Harris@du.edu>; Emma Richards <Emma.Richards@du.edu>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>; Nicholas Lutz <Nicholas.Lutz@du.edu>
**Subject:** FW: Motion to extend time - Nelson v. Stancil

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Date:** Wednesday, March 5, 2025 at 1:57 PM
**To:** Nicole Godfrey <nicole.godfrey@du.edu>, Miriam Kerler <miriam.kerler@du.edu>
**Cc:** Evan Brennan (He Him) <Evan.Brennan@coag.gov>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** [EXTERNAL] Motion to extend time - Nelson v. Stancil

[External Email From]: **Amy.Adams@coag.gov**

Nicole and Miriam,

We recently filed NOAs in the *Nelson v. Stancil* case and plan to respond to the Complaint on behalf of the Defendants.  However, we need additional time to research claims and get a case file together from our client.  We'd like to ask for an additional 30 days to file an answer or other response.  Do you oppose the motion?

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



COLORADO
Department of Law
Attorney General Phil Weiser

P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.