Tuesday, December 30, 2025 at 1:14:24 PM Mountain Standard Time

**Subject:**    Fw: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery
**Date:**    Friday, December 26, 2025 at 2:59:59 PM Mountain Standard Time
**From:**    Miriam Kerler
**To:**    Emma Richards, Rylee Beltran
**Attachments:**  image001.png

> **EXHIBIT**
> **2**

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Thursday, August 14, 2025 3:42 PM
**To:** Miriam Kerler <Miriam.Kerler@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Evan Brennan
(He Him) <Evan.Brennan@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Laura
Rovner <lrovner@du.edu>
**Subject:** [EXTERNAL] RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

[External Email From]: **Amy.Adams@coag.gov**

All,

We have had a chance to talk with Pubic Safety attorneys now, and to meet with each other
on this case and carefully go over your letter (Evan has been on vacation).  Do have time for
a videoconference tomorrow to discuss the issues and see where we can come to a
resolution?

I will be out Monday-Thursday next week to take my youngest to college on the east coast
and help with move in, but I would happy to meet on the following Friday as well.

Let us know what works for you.

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827  |  Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and
opinions of the Attorney General.

**From:** Miriam Kerler <Miriam.Kerler@du.edu>
**Sent:** Tuesday, August 5, 2025 2:36 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Gail Johnson <gjohnson@johnsonklein.com>; Evan Brennan
(He Him) <Evan.Brennan@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Laura
Rovner <lrovner@du.edu>
**Subject:** Re: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Hi Amy,

Thanks for your response.

Yes, we would like Defendant Retting to verify that she has provided all of the information
available to CDOC.

Regarding responses on behalf of SOMB, we understand that Defendants Stancil and Long
would not be in a position to provide those answers. However, someone must provide
answers on behalf of SOMB. Here, we have sued Defendant Retting as an official-capacity
defendant for SOMB, and as Evan mentioned in his July 14 email, a suit against an official
capacity defendant is recognized as a suit against the entity. As you both note, Defendant
Retting furnished the responses on behalf of CDOC. By that same logic and as Fed. R. Civ.
P. 33(b)(1)(B) requires, someone must furnish the responses on behalf of SOMB. That
person need not be Defendant Retting, the official capacity defendant that represents
SOMB as an entity, in the same way that Defendants Stancil and Long do not have to be the
ones to furnish the responses on behalf of CDOC.

We have also addressed this issue in the attached discovery deficiency letter. Please let us
know whether you would like to schedule a time to meet and discuss the attached.

Thank you,

Miriam

**Miriam Kerler** (she/her)
Lasch Clinical Teaching Fellow
Civil Rights Clinic
University of Denver Sturm College of Law
miriam.kerler@du.edu | 303.871.6574

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Friday, August 1, 2025 2:37 PM
**To:** Gail Johnson <gjohnson@johnsonklein.com>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Miriam
Kerler <miriam.kerler@du.edu>; Laura Rovner <lrovner@du.edu>
**Subject:** [EXTERNAL] RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

[External Email From]: **Amy.Adams@coag.gov**

Gail,

Thank you for this response.  To clarify, Amanda can sign for herself as a CDOC staff member and a SOMB member, but she did note in the responses that she cannot speak for the SOMB as whole.  This is true, and we cannot have her swear to anything that contradicts that because it would be false.  Moreover, the other Defendants are not members of the SOMB, and do not participate in SOMB activities, so they cannot answer for the SOMB in any capacity and that could be clarified in separate responses to keep the issues clean.

To the extent you want responses from Amanda saying she has given the information available to CDOC, we can do that.

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827  |  Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Gail Johnson <gjohnson@johnsonklein.com>
**Sent:** Friday, August 1, 2025 2:25 PM
**To:** Evan Brennan (He Him) <Evan.Brennan@coag.gov>; Amy Adams <Amy.Adams@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Miriam Kerler <miriam.kerler@du.edu>; Laura Rovner <lrovner@du.edu>
**Subject:** RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Evan, sorry for taking a while to circle back to you on this issue of whether all three defendants need to sign the interrogatory responses.

Having looked at this some more, we suspect we can all agree that Amanda Retting is the only necessary signatory because she is furnishing the information available to the party under Fed. R. Civ. P. 33(b)(1)(B). Do you agree?

If so, then perhaps when you have her do the new verifications you could have her expressly state that she is signing in that capacity on behalf of CDOC and SOMB.

Thank you,

Gail

---

**From:** Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Sent:** Monday, July 14, 2025 4:35 PM
**To:** Gail Johnson <gjohnson@johnsonklein.com>; Amy Adams <Amy.Adams@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Miriam Kerler <miriam.kerler@du.edu>
**Subject:** RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Gail,
Following back up, we will plan to supplement the verification language per your request. On the request that all three defendants sign the verification, our view was that because these defendants have been sued exclusively in their official capacities, which is recognized as a suit against the state or entity, Defendant Retting with her personal knowledge of the SOTMP and its operations was the most appropriate person to make the answers and sign the responses. Is there any Tenth Circuit or District of Colorado case law you're aware of that indicates that all official capacity defendants are required to sign responses to interrogatories? Please let us know when you get a chance. We'd be happy to jump a call to discuss the issue, too.
Thanks,
Evan

---

**From:** Evan Brennan (He Him)
**Sent:** Thursday, July 10, 2025 1:42 PM
**To:** Gail Johnson <gjohnson@johnsonklein.com>; Amy Adams <Amy.Adams@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Miriam Kerler <miriam.kerler@du.edu>
**Subject:** RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Gail,
Thanks for your email. Amy is out of office for a couple days but we will connect and get back with you on your request shortly.
Thanks,
Evan

---

**From:** Gail Johnson <gjohnson@johnsonklein.com>
**Sent:** Wednesday, July 9, 2025 10:38 AM
**To:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Nicole Godfrey <nicole.godfrey@du.edu>; Miriam Kerler <miriam.kerler@du.edu>
**Subject:** RE: Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Amy and Evan,

I believe all Defendants' responses to Plaintiff's Second Set of Interrogatories were due no

later than Monday. (The requests were served on you on June 5.)

The Responses we received purport to be made on behalf of all Defendants, but they were not signed by Mr. Stancil nor by Mr. Long.

Additionally, Ms. Retting failed to sign the Responses "under oath" as required by Fed. R. Civ. P. 33(b)(3).

Please promptly provide an amended set of Responses that is signed under oath by all three Defendants.

Thank you,

Gail

Gail K. Johnson
(she/her/hers)
Johnson & Klein Law
5398 Manhattan Cir.
Boulder, CO 80303
(303) 444-1885
www.johnsonklein.com

---

**From:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Sent:** Monday, June 30, 2025 6:31 PM
**To:** Nicole Godfrey <nicole.godfrey@du.edu>; Miriam Kerler <miriam.kerler@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>
**Cc:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Subject:** Nelson v. Stancil, et al., 24-cv-03588, Responses to Second Discovery

Counsel,

Attached please find Defendants' Responses to Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production.  Also attached is a Privilege Log. Documents bates-labeled CDOC/Nelson_00616-05043 are being sent to you via MOVEit secure file transfer.

Thank you,

Jennifer Kaercher
Senior Paralegal
Office of the Attorney General
Corrections & Public Safety Unit
Ralph L. Carr Colorado Judicial Center

<u>1300 Broadway, 10th Floor</u>
<u>Denver, Colorado 80203</u>
Phone: (720) 508-6364

This message may contain confidential and/or legally privileged information and is intended only for the individual(s) named. Any name or signature block is not a legally binding electronic signature.  If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system.