**EXHIBIT**

**6**

| | |
|---|---|
| **Subject:** | [EXTERNAL] RE: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB |
| **Date:** | Wednesday, November 26, 2025 at 9:50:26 AM Mountain Standard Time |
| **From:** | Amy Adams <Amy.Adams@coag.gov> |
| **To:** | Emma Richards <Emma.Richards@du.edu>, Evan Brennan (He Him) <Evan.Brennan@coag.gov> |
| **CC:** | Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov> |
| **Attachments:** | image001.png |

[External Email From]: **Amy.Adams@coag.gov**

Yes, we will accept service. Thank you.

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



**COLORADO**
Department of Law
Attorney General Phil Weiser

P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Sent:** Wednesday, November 26, 2025 9:13 AM
**To:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** Re: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

Amy and Evan,

In the interest of good faith collaboration in this matter and to ensure that the deposition will move forward as scheduled, please see the attached subpoena for the 30(b)(6) Deposition of SOMB designee Jesse Hansen. We note, however, that issuing this subpoena does not constitute an acknowledgement that the SOMB is not a party to this matter. Ms. Nelson maintains her position that the SOMB has been properly sued, through Ms. Retting in her official capacity, and therefore only requires a notice, not a subpoena, to compel the designee's attendance at the deposition. Please confirm your willingness to accept service of this subpoena on behalf of Defendant SOMB.

Best,

Emma and Rylee

App: LR

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Date:** Tuesday, November 18, 2025 at 12:13 PM
**To:** Emma Richards <Emma.Richards@du.edu>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov>, Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>
**Subject:** [EXTERNAL] RE: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

[External Email From]: **Amy.Adams@coag.gov**

Thank you for the notice Emma.

We are going to need a subpoena. Here, you have both asserted that you get a separate 30(b)(6) deposition of a SOMB designee (an implicit acknowledgement that Ms. Retting is separate from the whole SOMB, otherwise why the separate deposition) and that suing Ms. Retting is the same as suing the whole SOMB, requiring no additional procedures. In other words, you are asserting that you can use "official capacity" as both a shield to avoid issuing a subpoena and sword to get double the deposition time. That is not my understanding.

Because we have the right to select a designee for the SOMB in this separate deposition, we'd like to have a subpoena for that person in order to keep the record clean on this issue. We will have SOMB's counsel waive once we get the subpoena.

Thanks so much,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



COLORADO
Department of Law
Attorney General Phil Weiser

P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Sent:** Tuesday, November 18, 2025 8:27 AM
**To:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>; Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>
**Subject:** Re: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

All,

Please see the attached Notice of Rule 30(b)(6) Deposition of Sex Offender Management Board (SOMB) Designee Jesse Hansen.

As the SOMB is a party, Plaintiff only needs to serve the 30(b)(6) notice, not a subpoena. Fed. R. Civ. P. 30(a)(1); *see Jules Jordan Video, Inc. v. 144942 Canada*, 617 F.3d 1146, 1158 (9th Cir. 2010) (for the deposition of a party, a notice of a deposition is sufficient to compel attendance, while non-party's attendance is compelled by subpoena).

Best,

Emma and Rylee

App: LR

---

**From:** Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Date:** Monday, November 17, 2025 at 9:42 AM
**To:** Amy Adams <Amy.Adams@coag.gov>, Emma Richards <Emma.Richards@du.edu>, Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>
**Subject:** [EXTERNAL] RE: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB
[External Email From]: **Jennifer.Kaercher@coag.gov**

Good morning all,

Could you please provide an updated notice for the 30b6 deposition of SOMB, confirming the 12/16/25 date and providing a start time and location? SOMB's counsel, here at our office, have indicated that they will waive/accept service of a deposition subpoena on behalf of SOMB.

Thank you,

Jennifer Kaercher
Senior Paralegal
Office of the Attorney General
Corrections & Public Safety Unit

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Sent:** Thursday, November 6, 2025 12:51 PM
**To:** Emma Richards <Emma.Richards@du.edu>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** RE: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

All,

December 16th works for the SOMB deposition.  I apologize for the typo.  It is Jesse Hansen.

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



P: 720-508-6827 | Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Sent:** Monday, November 3, 2025 8:55 AM
**To:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** Re: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

Hi Amy and Evan,

Our apologies for the delay in responding. Does December 15, 16, or 17 work? Our preference is December 16, if possible.

Additionally, is the SOMB designee's name Jesse Ansen or Jesse Hansen? The reason we ask is because we could not find an SOMB representative named Jesse Ansen, but we recognize we may not know everyone.

Please let us know which date works best, and we will send the deposition notice.

Best,

Emma and Rylee

App: LR

---

**From:** Amy Adams <Amy.Adams@coag.gov>
**Date:** Wednesday, October 22, 2025 at 4:36 PM
**To:** Emma Richards <Emma.Richards@du.edu>, Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** [EXTERNAL] RE: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB
[External Email From]: **Amy.Adams@coag.gov**

Hi all,

I have heard from SOMB's counsel on this proposed 30(b)(6).  Reserving the objection that the SOMB has not been properly sued, the SOMB will make Jesse Ansen available for a deposition on the topics listed.  Given our heavy load in November with lots of depositions already occurring, and Jesse's workload, we think a SOMB deposition in mid-December would work.  Please let us know what dates work for you in that time frame.

Best,

**Amy Adams**
**Assistant Attorney General**
Corrections and Public Safety
Pronouns: She/Her



C O L O R A D O
Department of Law
Attorney General Phil Weiser

P: 720-508-6827  |  Amy.Adams@coag.gov

The statements and opinions in this email do not represent the statements and opinions of the Attorney General.

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Sent:** Tuesday, October 14, 2025 4:25 PM
**To:** Amy Adams <Amy.Adams@coag.gov>; Evan Brennan (He Him) <Evan.Brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Rylee Beltran <Rylee.Beltran@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Jennifer Kaercher <Jennifer.Kaercher@coag.gov>
**Subject:** Re: Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB

Hi Amy and Evan,

We are following up regarding our Notice of Rule 30(b)(6) deposition of the SOMB that we served on September 26. We are preparing a draft motion to extend the deadlines in the scheduling order and having some information about the number of 30(b)(6) designees and when the SOMB anticipates being able to make those designees available for depositions will allow us to present proposed deadlines in a more comprehensive manner. We would also like to begin getting date(s) on the calendar for this deposition. Could you please let us know when we can expect that information?

Please let us know at your earliest convenience.

Best,

Emma and Rylee

App: LR

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Date:** Friday, September 26, 2025 at 4:30 PM
**To:** Amy Adams <amy.adams@coag.gov>, Evan Brennan (He Him) <evan.brennan@coag.gov>
**Cc:** Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Rylee Beltran <Rylee.Beltran@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <jennifer.kaercher@coag.gov>
**Subject:** Nelson v Stancil, et al., - Notice of 30(b)(6) Deposition SOMB
Dear Amy and Evan,

Please find Plaintiff's Notice of Rule 30(b)(6) Deposition for the Sex Offender Management Board (SOMB) attached.

Sincerely,

Emma and Rylee

App: MK