**EXHIBIT 7**

| | |
|---|---|
| **Subject:** | Re: Nelson v. Stancil, et al., Civil Action No. 1:24-cv-03588-PAB-TPO- Request for Discovery Conference |
| **Date:** | Wednesday, January 7, 2026 at 2:59:09 PM Mountain Standard Time |
| **From:** | Emma Richards <Emma.Richards@du.edu> |
| **To:** | O'Hara Chambers <o'hara_chambers@cod.uscourts.gov> |
| **CC:** | Rylee Beltran <Rylee.Beltran@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Laura Rovner <Laura.Rovner@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Evan Brennan (He Him) <evan.brennan@coag.gov>, Amy Adams <amy.adams@coag.gov>, Jennifer Kaercher <jennifer.kaercher@coag.gov> |
| **Attachments:** | Ex. 10 Emails re Responses to 3rd Interrogatories.pdf, Ex. 9 Emails re Amended Discovery Responses.pdf, Ex. 8 Defendants' Response to P's Discovery Deficiency Letter.pdf, Ex. 7 Plaintiff's Discovery Deficiency Letter.pdf, Ex. 6 Emails re Responses to P's 2nd Discovery Requests.pdf, Ex. 5 Defendants' Supplemental and Amended Responses.pdf, Ex. 4 Defendants' Second Set of Responses.pdf, Ex. 3 Defendant Retting's First Set of Responses.pdf, Ex. 2 Plaintiff's Second Set of Written Discovery.pdf, Ex. 1 Plaintiff's First Set of Written Discovery.pdf, Nelson v. Stancil, et al. - Joint Statement.docx |

Dear Chambers,

Pursuant to the Court's Minute Order (ECF No. 55), please see attached the parties' joint statement for the upcoming Discovery Conference in *Nelson v. Stancil et al.*, 24-cv-03588-PAB-TPO, scheduled for January 12, 2026 at 3:00 p.m.

Best,

Emma D. Richards
Rylee Beltran

App: LR

---

**From:** Emma Richards <Emma.Richards@du.edu>
**Date:** Thursday, December 18, 2025 at 12:30 PM
**To:** O'Hara Chambers <O'Hara_Chambers@cod.uscourts.gov>
**Cc:** Miriam Kerler <Miriam.Kerler@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Laura Rovner <Laura.Rovner@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <jennifer.kaercher@coag.gov>, Amy Adams <amy.adams@coag.gov>, Evan Brennan (He Him) <evan.brennan@coag.gov>, Rylee Beltran <Rylee.Beltran@du.edu>
**Subject:** Re: Nelson v. Stancil, et al., Civil Action No. 1:24-cv-03588-PAB-TPO- Request for Discovery Conference

Good afternoon, Chambers,

The parties' dispute concerns the scope of Defendant Amanda Retting's discovery obligations as a member of the Sex Offender Management Board (SOMB) in her official capacity. The parties disagree about the sufficiency of Defendant Retting's written discovery responses and the scope of her obligations to answer discovery requests as the official-capacity SOMB defendant.

Plaintiff maintains that Defendant Retting must fully comply with her discovery obligations as an official-capacity defendant because an official-capacity suit is in essence a suit against the entity

In contrast, Defendant Retting maintains that the scope of her discovery obligations is limited because she is only one member of the SOMB and therefore cannot speak for the whole voting body. She contends that she has neither authority to act alone on the SOMB's behalf nor control over and access to all of the information and documents in the SOMB's custody. In essence, she asserts that in official capacity suits, the nature of the named defendant's role and authority must be considered.

Best,


Emma D. Richards and Rylee Beltran

*Counsel for Plaintiff*


Amy Adams and Evan Brennan

*Counsel for Defendants*

App: MK

---

**From:** O'Hara Chambers <O'Hara_Chambers@cod.uscourts.gov>
**Date:** Friday, December 12, 2025 at 2:05 PM
**To:** Rylee Beltran <Rylee.Beltran@du.edu>
**Cc:** Emma Richards <Emma.Richards@du.edu>, Miriam Kerler <Miriam.Kerler@du.edu>, Nicole Godfrey <Nicole.Godfrey@du.edu>, Laura Rovner <Laura.Rovner@du.edu>, Gail Johnson <gjohnson@johnsonklein.com>, Jennifer Kaercher <jennifer.kaercher@coag.gov>, Amy Adams <amy.adams@coag.gov>, Evan Brennan (He Him) <evan.brennan@coag.gov>
**Subject:** [EXTERNAL] RE: Nelson v. Stancil, et al., Civil Action No. 1:24-cv-03588-PAB-TPO- Request for Discovery Conference

[External Email From]: **O'Hara_Chambers@cod.uscourts.gov**

Dear Counsel,

Please explain the nature of the discovery dispute. That will enable Magistrate Judge O'Hara to determine the best way to proceed forward on the matter.

--- Ian

Ian Pate
Law Clerk to U.S. Magistrate Judge Timothy P. O'Hara
United States District Court for the District of Colorado

Byron G. Rogers United States Courthouse
Room C-452
1929 Stout St.
Denver, Colorado 80294
(303) 335-2740

---

**From:** Rylee Beltran <Rylee.Beltran@du.edu>
**Sent:** Friday, December 12, 2025 8:00 AM
**To:** O'Hara Chambers <O'Hara_Chambers@cod.uscourts.gov>
**Cc:** Emma Richards <Emma.Richards@du.edu>; Miriam Kerler <Miriam.Kerler@du.edu>; Nicole Godfrey <Nicole.Godfrey@du.edu>; Laura Rovner <Laura.Rovner@du.edu>; Gail Johnson <gjohnson@johnsonklein.com>; Jennifer Kaercher <jennifer.kaercher@coag.gov>; Amy Adams <amy.adams@coag.gov>; Evan Brennan (He Him) <evan.brennan@coag.gov>
**Subject:** Nelson v. Stancil, et al., Civil Action No. 1:24-cv-03588-PAB-TPO- Request for Discovery Conference

**CAUTION - EXTERNAL:**

Good morning, Chambers,

The parties respectfully request the Court schedule a discovery conference in the matter *Nelson v. Stancil, et al.*, Civil Action No. 1:24-cv-03588-PAB-TPO.

Pursuant to D.C.COLO.LCivR 7.1(a), the parties have met and conferred in good faith, both in person and via video conference, but have been unable to resolve the outstanding issues for which we request a discovery conference.

Respectfully submitted,

STUDENT LAW OFFICE

Rylee M. Beltran, Student Attorney

Emma D. Richards, Student Attorney

Laura Rovner

Miriam Kerler

Nicole B. Godfrey

JOHNSON & KLEIN, PLLC

Gail K. Johnson

*Counsel for Plaintiff Lacie Nelson*

OFFICE OF THE ATTORNEY GENERAL

Amy Adams

Evan Brennan

*Counsel for Defendants*

———————————————————————

**Rylee M. Beltran** *(she/her/hers)*
Student Attorney, Civil Rights Clinic
J.D. Candidate 2026
University of Denver Sturm College of Law
rylee.beltran@du.edu I (502)-377-4697

APP:MK

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.