IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON,

      Plaintiff,

v.

MOSES STANCIL, Executive Director of the
Colorado Department of Corrections, in his official capacity;

RYAN LONG, Warden of the Denver Women's Correctional Facility,
in his official capacity; and

AMANDA RETTING, Sex Offender Treatment & Monitoring
Program Administrator and Colorado Department of Corrections
Representative on the Sex Offender Management Board,
in her official capacity,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 1, 2026.**

For good cause shown, the Court **grants** the Motion [ECF 74] by Rylee Beltran and Emma D. Richards to withdraw as student attorneys for Plaintiff. The Court notes that Plaintiff continues to be represented by counsel of record.