IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON,

     Plaintiff,

v.

MOSES STANCIL, Executive Director of the
Colorado Department of Corrections, in his official capacity;

RYAN LONG, Warden of the Denver Women's Correctional Facility,
in his official capacity; and

AMANDA RETTING, Sex Offender Treatment & Monitoring
Program Administrator and Colorado Department of Corrections
Representative on the Sex Offender Management Board,
in her official capacity,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 1, 2026.**

Plaintiff's Motion for Status Conference [ECF 69] is **granted**.

This Court **SETS** a Status Conference on **May 7, 2026 at 2:00 p.m.**, in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294. It will be an **in-person** proceeding.

At the Status Conference this Court will discuss Plaintiff's Motion to Stay All Deadlines. ECF 71.

The Parties also shall be prepared to discuss Plaintiff's Motion for Leave to File First Amended Complaint. ECF 60.