IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON,

 Plaintiff,

v.

MOSES STANCIL, in his official capacity as Executive
Director of the Colorado Department of Corrections;
RYAN LONG, in his official capacity as Warden of
the Denver Women's Correctional Facility; and
AMANDA RETTING, in her official capacity as Sex
Offender Treatment and Monitoring Program
Administrator

 Defendants.

---

## NOTICE IN RESPONSE TO PLAINTIFF'S MOTION TO STAY ALL DEADLINE (ECF NO. 71)

---

 Defendants Stancil, Long, and Retting (the "CDOC Defendants") through the Colorado

Attorney General, respectfully submit this Notice in Response to Plaintiff's Motion to Stay All

Deadlines (ECF No. 71).

 1. On April 14, 2026, Plaintiff filed a Motion to Stay all Deadlines. (ECF No. 71). In

the Motion to Stay, Plaintiff requested a stay of "discovery until the parties have been heard by

this Court at the requested status conference (ECF No. 69) and are able to clarify this litigation's

path forward, thus placing the Court and parties in the position to set new deadlines for the

remainder of this case." (*Id.*)

2.     On May 1, 2026, the Court issued a Minute Order (ECF No. 77) setting a status conference for May 7, 2026, at 2:00 p.m. to discuss Plaintiff's Motion to Stay All Deadlines and Plaintiff's Motion for Leave to File First Amended Complaint.

3.     Undersigned counsel notifies the Court and all parties of record that, because the Motion to Stay All Deadlines only requested a stay until a status conference could be held, and a status conference is scheduled two days from the deadline to the respond to the motion, the parties will not have time to fully brief a temporary stay before the status conference is held. Accordingly, the CDOC Defendants do not intend to file a written response to the Motion to Stay All Deadlines until the parties have been heard at a status conference.

4.     Counsel will appear at the status conference prepared to discuss any further motions to stay and the Motion for Leave to File First Amended Complaint. (ECF No. 60).

DATED at Denver, Colorado this May 5, 2026.

PHILIP J. WEISER
Attorney General

*s/ Amy E. Adams*

AMY E. ADAMS*
EVAN P. BRENNAN*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: amy.adams@coag.gov
        evan.brennan@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within NOTICE IN RESPONSE TO PLAINTIFF'S MOTION TO STAY ALL DEADLINES (ECF NO. 71) upon all parties herein by e-filing with the CM/ECF system maintained by the court on May 5, 2026, which will cause notification of such filing to be sent to all counsel of record.

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

*s/Jennifer Kaercher*

3