IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03588-PAB-TPO

LACIE NELSON

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS; and
SEX OFFENDER MANAGEMENT BOARD,

      Defendants.

---

## NOTICE OF CONFERRAL

---

Defendant Sex Offender Management Board, by and through their counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq., hereby submits an updated Notice of Conferral as follows:

1. On June 8, 2026, Defendant filed a Motion for Extension of Time to File a Responsive Pleading to Plaintiff's First Amended Complaint. [ECF 86].

2. As part of the Motion, Defendants indicated to the Court attempts were made, by telephone and email, to confer with Plaintiff's counsels but such attempts were unsuccessful.

3. Counsel for the undersigned received a response from Plaintiff's counsel at around 5:30 pm Monday June 8, 2026, indicating they do not oppose the Motion. However, counsel further indicated that they felt our conferral was not accomplished in an acceptable manner as Defendant did not give Plaintiff's counsel enough time to respond prior to the filing of the Motion,

as the conferral occurred on that same day the Motion was filed and Plaintiff's counsel believes they were only provided two hours to respond. Counsel for Plaintiff found such conferral unacceptable and not in the spirit of the Court's requirement to confer. Counsel for Plaintiff asked counsel for Defendant to file a Notice explaining the above to the Court.

4.    As such, Defendant submits this Notice of Conferral to the Court, indicating Plaintiff does not oppose the Motion to Extend the Time to File a Responsive Pleading but believe the attempts at conferral were insufficient and not in the spirit of conferral.

WHEREFORE, based on the above information above, including Plaintiff does not oppose the Motion, and for the reasons stated in the Motion itself, [ECF 86], Defendant Sex Offender Management Board respectfully requests that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including June 29, 2026

Dated: June 10, 2026.

Respectfully submitted,

*s/ Edmund M. Kennedy*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO 80202
Tel: (303) 628-3300
Email: ringela@hallevans.com
kennedye@hallevans.com

Attorneys for Defendant Sex Offender
Management Board

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 10th day of June, 2026, a true and correct copy of the foregoing **NOTICE OF CONFERRAL** electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through CM/ECF.

*s/ Ann Wheeler*
Legal Assistant, Hall & Evans, LLC

2